FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2018

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YADIRA CALZADA, a single person,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO: 1:17-CV-3016-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice, ECF No. 13. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties Stipulation of Dismissal with Prejudice, **ECF No. 13**, is **APPROVED**.

2. Plaintiff's Complaint is dismissed **with prejudice** and without costs to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** March 29, 2018.

                                      *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                       United States District Judge